IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| LARRY WAYNE RICHARD | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv56 |
| ASSISTANT WARDEN LARULE, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Larry Wayne Richard, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending plaintiff's motion for voluntary dismissal be granted and this case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court. The motion for voluntary dismissal (doc. no. 14) is **GRANTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED** this the **19** day of **April, 2022.**

_____
Thad Heartfield
United States District Judge